Michael Jay Berger, Esq.    Bar #100291
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, California 90212-2929
Telephone  (310) 271-6223
Fax         (310) 271-9805

Attorney for Debtor/Defendant
James Robert Swan

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:

JAMES ROBERT SWAN

    Debtor.

ROSE ZOLTEK-JICK and TODD JICK,

    Plaintiffs,

vs.

JAMES ROBERT SWAN,

    Defendant.

Case No.: 2:09-bk-24121-BR

Chapter 7

Adversary No.: 2:09-ap-02026-BR

DEFENDANT JAMES ROBERT SWAN'S EVIDENTIARY OBJECTIONS TO DECLARATION OF ROSE ZOLTEK-JICK

1. Defendant James Robert Swan objects to Plaintiff Rose Zoltek-Jick's Declaration in its entirety based on hearsay for failure to attach any of the following documents to her Declaration:

    a. Massachusetts Superior Court's Judgment on March 20, 2008.

    b. James Swan & Co., Inc.'s Invoices

    c. Forensic Audit performed by Deloitte & Touche, LLP

    d. Any invoices for the light fixture, Item No.: 007600001

1

e. Cancelled checks that were sent to James Swan & Co for payment of said light fixture

f. Failure to attach any proof of payment of attorney fees in the amount of $169,575.84 as of January 14, 2011.

2. Defendant objects to any reference to attorney fees based on relevance because Mrs. Zoltek-Jick does not declare any authority by way of contract, statue or agreement for said attorney fees. Additionally the subject matter of attorney fees is irrelevant because the arbitrator decided that both sides should bare its own fees and costs.

Dated: 3/2/11

LAW OFFICES OF MICHAEL JAY BERGER

By: _____
GEORGEANN NICOL
Attorney for Defendant James Robert Swan

| In re:<br>James Robert Swan | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER  2:09-bk-24121-BR |
| | | ADVERSARY NO.: 2:09-ap-02026-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212

A true and correct copy of the foregoing document described <u>Defendant James Robert Swan's Evidentiary Objections to Declaration of Rose Zoltek-Jick</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On_____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __March 2, 2011__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>November 25, 2009</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 2, 2011   Jennifer Phan | |
|---|---|
| Date            Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                   F 9013-3.1

| In re:<br>James Robert Swan<br><br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 2:09-bk-24121-BR<br>ADVERSARY NO.: 2:09-ap-02026-BR |
|---|---|

Honorable Barry Russell
255 E. Temple St., Ste 1660
Los Angeles, CA 90012

Scott M. Olson
SEYFARTH SHAW LLP
560 Mission Street, Ste 3100
San Francisco, CA 94105

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1