Michael Jay Berger SBN 100291
Georgeann Nicol SBN 116054
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd.  6th Floor
Beverly Hills, California  90212-2929
Telephone  (310)  271-6223
Fax            (310)  271-9805

Attorney for Debtor/Defendant
James Robert Swan



FILED & ENTERED

MAY 04 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 7 |
| JAMES ROBERT SWAN, | Bankruptcy No.: 2:09-bk-24121-BR |
| Debtor. | Adversary No.:  2:09-ap-02026-BR |
| _____ | JUDGMENT AFTER TRIAL |
| ROSE ZOLTEK-JICK and TODD JICK, | Trial Date: April 6, 2011<br>Time: 10:00 a.m.<br>Location: 255 E. Temple St., Los Angeles, CA<br>Courtroom: 1668 |
| Plaintiff, | |
| vs. | |
| JAMES ROBERT SWAN, | |
| Defendant. | |

On April 6, 2011, at 10:00 a.m. in Courtroom 1668 of the above-entitled court, the Honorable Barry Russell presiding, the trial on Plaintiffs' Rose Zoltek-Jick and Todd Jick's Complaint Objecting To Dischargeabiltiy Of Debt Under 11 U.S. C. §523(a)(6) took place in the above referenced Adversary case.  Peter Brooks of Seyfarth Shaw LLP, appeared on behalf of Rose Zoltek-Jick and Todd Jick. Georgeann Nicol of the Law Offices of Michael Jay

Berger, appeared on behalf of Debtor James Robert Swan. The Court, after having considered the evidence, and after hearing the oral argument of counsel, found that Debtor, James Swan had knowledge of the Massachusetts Court Order and that Debtor did not comply with said Order, but that the Debtor James Swan, did not intend to injure the Plaintiffs nor did he intend to injure the property of the Plaintiffs by his failure to comply with said Order.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

Judgment granted in favor of Debtor, James Swan and against Plaintiffs Rose Zoltek-Jick and Todd Jick.

###

DATED: May 4, 2011

United States Bankruptcy Judge

1
JUDGMENT

| In re:<br>James Robert Swan<br><br>Debtor(s). | CHAPTER 7<br>CASE NUMBER   2:09-bk-24121-BR<br>ADVERSARY NO.: 2:09-ap-02026-BR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212

A true and correct copy of the foregoing document described <u>Judgment After Trial</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ April 26, 2011 __ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed*.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>November 25, 2009</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 26, 2011 | Jennifer Phan | /s/ Jennifer Phan |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

1
JUDGMENT

**ADDITIONAL SERVICE INFORMATION** (if needed):

David M. Wiseblood
Scott H Olson
Seyfarth Shaw LLP
560 Mission St. Ste 3100
San Francisco, CA 94105

Chapter 7 Trustee
Richard K Diamond
2029 Century Park East, 3rd Fl
Los Angeles, CA 90067

Office of the US Trustee
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

Honorable Barry Russell
255 E. Temple St. Ste 1660
Los Angeles, CA 90012

In re:
James Robert Swan

Debtor(s).

CHAPTER 7

CASE NUMBER   2:10-bk-27683-PC

ADVERSARY NO.: 2:10-ap-02321-PC

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) Judgment After Trial
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

1
JUDGMENT

**ADDITIONAL SERVICE INFORMATION** (if needed):

David M. Wiseblood
Scott H Olson
Seyfarth Shaw LLP
560 Mission St. Ste 3100
San Francisco, CA 94105

Chapter 7 Trustee
Richard K Diamond
2029 Century Park East, 3rd Fl
Los Angeles, CA 90067

Office of the US Trustee
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

Honorable Barry Russell
255 E. Temple St. Ste 1660
Los Angeles, CA 90012

1
JUDGMENT